# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **NOVELPOINT SECURITY LLC,** | |
| Plaintiff, | Case No. 2:12-cv-112 |
| v. | **PATENT CASE** |
| **APPLE, INC.,** | **JURY TRIAL DEMANDED** |
| Defendant. | |

## PLAINTIFF NOVELPOINT SECURITY LLC'S RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Fed.R.Civ.P. 7.1, Plaintiff NovelPoint Security LLC states that it does not have a parent corporation and that it is not aware of any publicly held corporations owning ten percent or more of its stock.

Dated: March 9, 2012

Respectfully submitted,

 /s/ Craig Tadlock
Craig Tadlock
State Bar No. 00791766
Keith Smiley
State Bar No. 24067869
TADLOCK LAW FIRM PLLC
400 E. Royal Lane, Suite 290
Irving, Texas 75039
214-785-6014
craig@tadlocklawfirm.com
keith@tadlocklawfirm.com

*Attorneys for Plaintiff NovelPoint Security LLC*

## **CERTIFICATE OF SERVICE**

      I hereby certify that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this the 9th day of March, 2012.

                                            /s/ *Craig Tadlock*
                                            Craig Tadlock