**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| **NOVELPOINT SECURITY LLC,** <br><br> Plaintiff, <br> v. <br><br> **SAMSUNG ELECTRONICS AMERICA, INC.,** <br><br> Defendant. | Case No. 2:12-cv-100 <br> **LEAD CASE** |
| **NOVELPOINT SECURITY LLC,** <br><br> Plaintiff, <br> v. <br><br> **APPLE, INC.,** <br><br> Defendant. | Case No. 2:12-cv-112 <br><br> **PATENT CASE** <br><br> **JURY TRIAL DEMANDED** |

**NOTICE OF SETTLEMENT BETWEEN NOVELPOINT AND APPLE**

Plaintiff NovelPoint Security LLC ("NovelPoint") hereby files this Notice of Settlement, and in support thereof shows the Court as follows:

Plaintiff NovelPoint and Defendant Apple, Inc. ("Apple") have entered into and executed a settlement agreement. Pursuant to the terms of the settlement agreement and subject to certain actions being performed in accordance with the settlement agreement, the parties expect to file an agreed motion to dismiss all claims and causes of action between NovelPoint and Apple within 2-3 weeks from the filing of this Notice.

| | |
|---|---|
| Dated: September 6, 2012 | Respectfully submitted, |

                                        _/s/ Craig Tadlock_
                                        Craig Tadlock
                                        State Bar No. 00791766
                                        Keith Smiley
                                        State Bar No. 24067869
                                        TADLOCK LAW FIRM PLLC
                                        2701 Dallas Parkway, Suite 360
                                        Plano, Texas 75093
                                        903-730-6789
                                        craig@tadlocklawfirm.com
                                        keith@tadlocklawfirm.com

                                        *Attorneys for Plaintiff NovelPoint Security LLC*

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that, on this the 6th day of September 2012, the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  As such, this document was served on all counsel who have consented to electronic service.  Local Rule CV-5(a)(3)(A).

                                        /s/ Craig Tadlock
                                        Craig Tadlock