# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| **NOVELPOINT SECURITY LLC,** | |
| **Plaintiff,** | Case No. 2:12-cv-100 |
| v. | **LEAD CASE** |
| **SAMSUNG ELECTRONICS AMERICA, INC., ET AL.,** | |
| **Defendants.** | |
| --- | --- |
| **NOVELPOINT SECURITY LLC,** | |
| **Plaintiff,** | Case No. 2:12-cv-112 |
| v. | **PATENT CASE** |
| **APPLE INC.,** | **JURY TRIAL DEMANDED** |
| **Defendant.** | |

## ORDER OF DISMISSAL

On this day, the Court considered the Joint Motion to Dismiss Pursuant to Settlement filed by Plaintiff NOVELPOINT SECURITY LLC and Defendant APPLE INC. The Court, having considered this joint motion, is of the opinion that their request for dismissal should be granted.

IT IS THEREFORE ORDERED that all claims for relief asserted against APPLE INC. by NOVELPOINT SECURITY LLC herein are dismissed, with prejudice, and all counterclaims for relief against NOVELPOINT SECURITY LLC by APPLE INC. are dismissed without prejudice; and

IT IS FURTHER ORDERED that all attorneys' fees, costs of court and expenses shall be borne by each party incurring the same.

**SIGNED this 9th day of October, 2012.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE